## FORSYTH, RICHARDSON & CO.
### v.
## ABRAHAM COOK

### 1807

#### JOURNAL ENTRIES

1. Answer filed . . . . . . . . . *Journal, infra,* *p. 95
2. Replication filed . . . . . . . . . . " 103
3. Evidence heard . . . . . . . . . . " 108
4. Decree . . . . . . . . . . . . . " 117

#### PAPERS IN FILE

1. Subpoena for Alice Conner, John Watson, Charles Curry, Abraham Geel, and Benjamin Chittenden . . . . . . .

## JOSEPH CAMPAU
### v.
## JOHN R. WILLIAMS

### 1807

#### JOURNAL ENTRIES

1. Writ of error, return, record, etc., filed . . . *Journal, infra,* *p. 96
2. Appearance; rule to plead . . . . . . . . . " 110
3. Rule to plead . . . . . . . . . . . " 129
4. Plea filed; replication . . . . . . . . . " 138
5. Arguments heard . . . . . . . . . . . " 152
6. Demurrer overruled . . . . . . . . . . " 239
7. Dismissal . . . . . . . . . . . . . " 240
8. Witness fees ordered paid . . . . . . . . " 240